HARRY PROTTER v. THURE G. SEAGREN and Others.— Application denied,

with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.